UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

BOBBY GENE HENSLEY )
)
v. ) NO. 2:12-cv-326
) *Judge Greer*
DR. DANIEL PAUL and the )
SULLIVAN COUNTY JAIL )

## MEMORANDUM

*Pro se* prisoner Bobby Gene Hensley filed this civil rights action for injunctive relief under 42 U.S.C. § 1983. On November 29, 2012, the Court entered an order advising plaintiff of certain deficiencies in his filing and allowing him thirty (30) days from the date on the order to correct the cited deficiencies, (Doc. 7). On December 12, 2012, the order was returned to the Court by the postal authorities, with the face of the envelope containing the order marked, "RTS (Return to Sender) No Longer," (Doc. 8). Obviously, without plaintiff's correct address, neither the Court nor the defendants can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE